974

No. 696. UNITED STATES *v.* MORGAN. C. A. 2d Cir. Certiorari granted. *Acting Solicitor General Stern* for the United States.

No. 744. AVONDALE MARINE WAYS, INC. *v.* HENDERSON, DEPUTY COMMISSIONER, ET AL. C. A. 5th Cir. Certiorari granted. *Frank A. Bull* and *Ashton Phelps* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Burger, Hubert H. Margolies* and *Paul A. Sweeney* filed a memorandum for Henderson, respondent.

No. 720. CHARLES ET AL. *v.* CITY OF CHICAGO. Supreme Court of Illinois. Certiorari denied. *LeRoy G. Charles* for petitioners. *John J. Mortimer* and *L. Louis Karton* for respondent.

No. 725. SEDLACEK *v.* HANN, WARDEN. Supreme Court of Nebraska. Certiorari denied.

No. 728. SINCLAIR *v.* UNITED STATES. Court of Claims. Certiorari denied. *Edward L. P. O'Connor* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Burger* and *Samuel D. Slade* for the United States.

No. 734. ESTATE OF COCHRAN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Eli Freed* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *Fred E. Youngman* for respondent.